

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/6/08
```

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

TONI GANTZ
phone: (212) 788-0908
fax: (212) 788-0940
email: tgantz@law.nyc.gov

February 4, 2008

**BY MAIL**
Hon. Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Suite 660
New York, New York 10007

```
RECEIVED
FEB 5 2008
```

Re: Hudson v. Lockhart, *et al.*, 07 Civ. 7003

Dear Judge Marrero:

    I am the Assistant Corporation Counsel assigned to represent defendants in the above-referenced action, in which plaintiff alleges various violations of his rights during his confinement on Rikers Island. I write to respectfully request the Court's permission to submit a response to the complaint by February 29, 2008 on behalf of defendants Tam and Schwaner.

    Despite the 120-day service period provided for in the Federal Rules and this Court's Orders dated January 4, 2008 and January 9, 2008, plaintiff has not effected service of process on any of the remaining defendants as of today's date.

    Thank you for your consideration of this request.

Respectfully submitted,

Toni Gantz
Assistant Corporation Counsel

cc:     Lionel Hudson (by mail)

---

Request GRANTED. The time for defendant(s) to answer or otherwise move with respect to the complaint in this action is extended to 2-29-08 as to any remaining defendants. SO ORDERED. that are served

2-5-08
DATE      VICTOR MARRERO, U.S.D.J.