```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
LIONEL HUDSON,                       :
                                     :    07 Civ. 7003(VM)
                    Plaintiff,       :
                                     :
    - against -                      :    ORDER
                                     :
LOCKHART, et al.,                    :
                                     :
                    Defendants.      :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

A review of the docket sheet for this action indicates that a motion to dismiss the complaint herein was filed by defendants and entered on March 4, 2008, and that a response from plaintiff was due within 20 days thereafter. The Court has no record that any such response was filed. Accordingly, it is hereby

**ORDERED** that plaintiff is directed to show cause by April 28, 2008 as to why no response to the pending motion has been filed. In the event no timely response to this Order is made, the Court shall proceed to consider the motion as unopposed and rule upon it on the basis of the papers filed.

**SO ORDERED.**

Dated:   New York, New York
         21 April 2008

                                     VICTOR MARRERO
                                         U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-22-08