

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LIONEL HUDSON,

                Plaintiff,

      -against-

CAPTAIN LOCKHART, et.al.,
                Defendants.
-----------------------------------------------------------X

07 **CIVIL** 7003 (VM)

**JUDGMENT**

SCANNED

      Defendants having moved to dismiss for lack of subject matter jurisdiction, and the matter having come before the Honorable Victor Marrero, United States District Judge, and the Court, on May 12, 2008, having rendered its Decision and Order granting defendants' motion to dismiss, dismissing the complaint, and directing the Clerk to withdraw all pending motions and close the case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated May 12, 2008, defendants' motion to dismiss is granted, the complaint is dismissed; accordingly, the case is closed and any motions are withdrawn.

**Dated:  New York, New York**
     **May 13, 2008**

                      Clerk of Court

          BY:

                      Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____